[WDNC Rev. 01/17] Summons in a Civil Action
Civil Action No. 5:20cv157

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

FILED
STATESVILLE, NC
OCT 07 2020
U.S. District Court
Western District of N.C.

This summon for *(name of individual and title, if any)*
Michael D. Duncan  Superior Court Judge
was received by me on *(date)* 10-1-2020

☒ I personally served the summons on the defendant at
*(place)* Wilkes County CourtHouse
on *(date)* 10-5-2020 ; or AT 9:43 Am

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____, a person of suitable age and discretion who
resides there, on *(date)* _____, and mailed a copy to the individual's last
known address; or

☐ I served the summons on *(name of individual)* _____
who is designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of
$ _____

I declare under penalty of perjury that this information is true.

Date: 10-05-2020

P. Hemric
Server's signature

LT. Phil Hemric
Printed name and title

500 CourtHouse Dr. WilkesBoro NC 28697
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Western District of North Carolina

147489

Curtis Edwin Leyshon
*Plaintiff*
v.
Michael Duncan; and,
B. Carlton Terry; and,
Pam Barlow; and,
Matthew Levchuk.
*Defendant*

Civil Action No. 5:20cv157

## SUMMONS IN A CIVIL ACTION

TO: *(Defendant's name and address)*

Michael Duncan
500 Courthouse Drive Ste. 2064
Wilkesboro, North Carolina 28697

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Curtis Edwin Leyshon
915 North Pine Run Road
Boone, North Carolina 28607
828-263-7958

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: 10/1/2020

Frank G. Johns, Clerk
United States District Court