IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

Case No.: 5:20-cv-00157-KDB-DCK

| | |
|---|---|
| CURTIS EDWIN LEYSHON, | )<br>) |
| Plaintiff, | )<br>) |
| v. | ) **NOTICE OF APPEARANCE ON**<br>) **BEHALF OF ALL**<br>) **DEFENDANTS** |
| Michael Duncan, individual and official capacity; B. Carlton Terry, individual and official capacity; Pam Barlow, individual and official capacity; and Matthew Levchuk, individual and official capacity, | )<br>)<br>)<br>) |
| Defendants. | |

NOW COMES the undersigned Elizabeth Curran O'Brien, Special Deputy Attorney General, and makes an appearance in this matter on behalf of Defendant Michael Duncan, Senior Resident Superior Court Judge for the 23rd Judicial District of North Carolina, in both his individual and official capacity, B. Carlton Terry, District Court Judge, 22-B Judicial District of North Carolina, in both his individual and official capacity, Pam Barlow, Clerk of Superior Court for Ashe County, North Carolina, in both her individual and official capacity, and Matthew Levchuk, Assistant District Attorney for the 34th Prosecutorial District of North Carolina, in both his individual and official capacity.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, a disclosure of corporate affiliations/financial interest disclosure statement is not required to be filed on behalf of the aforementioned Defendants who are state officers of North Carolina's judicial department. N.C. Gen. Stat. §§ 7A-40, -340.

Respectfully, this the 14th day of October, 2020.

JOSHUA H. STEIN

Attorney General

/s/ Elizabeth Curran O'Brien

Elizabeth Curran O'Brien
Special Deputy Attorney General
N.C. State Bar No. 28885
North Carolina Department of Justice
P.O. Box 629
Raleigh, NC 27602-0629
Telephone: (919) 716-6800
Facsimile: (919) 716-6755
Email: eobrien@ncdoj.gov
*Counsel for Defendants Duncan, Terry, Barlow and Levchuk*

# CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF DEFENDANTS DUNCAN, TERRY, BARLOW AND LEVCHUK** with the Clerk of the court using the CM/ECF system which will send notification of such filing to the parties of record who participate in the CM/ECF system and placed a copy of the same in the U.S. Mail, postage-prepaid, addressed to the following individual:

Curtis Edwin Leyshon

915 North Pine Run Road

Boone, NC 28607

This the 16th day of October, 2020.

/s/ Elizabeth Curran O'Brien
Elizabeth Curran O'Brien
Special Deputy Attorney General
N.C. Department of Justice