IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

Case No.: 5:20-cv-00157-KDB-DCK

| | |
|---|---|
| CURTIS EDWIN LEYSHON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) **ORDER**<br>Michael Duncan, individual and official )<br>capacity; B. Carlton Terry, individual and )<br>official capacity; Pam Barlow, individual and )<br>official capacity; and Matthew Levchuk, )<br>individual and official capacity, )<br>)<br>Defendants. ) | |

Defendants Duncan, Terry, Barlow and Levchuk moved the Court for an extension of time to answer or otherwise respond to Plaintiff's Complaint [D.E. 1]. For good cause shown, the motion is ALLOWED and the aforementioned Defendant shall have up to and including November 23, 2020 to answer or otherwise respond.

SO ORDERED, this the _____ day of _____, 2020.

_____
United States District Court Judge/Magistrate

# CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day electronically filed the foregoing **[PROPOSED] ORDER ON DEFENDANTS DUNCAN, TERRY, BARLOW AND LEVCHUK'S FIRST MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** with the Clerk of the court using the CM/ECF system which will send notification of such filing to the parties of record who participate in the CM/ECF system and placed a copy of the same in the U.S. Mail, postage-prepaid, addressed to the following individuals:

    Curtis Edwin Leyshon
    915 North Pine Run Road
    Boone, NC 28607
    *Pro Se Plaintiff*

This, the 15th day of October, 2020.

    /s/ Elizabeth Curran O'Brien
    Elizabeth Curran O'Brien
    Special Deputy Attorney General
    N.C. Department of Justice