# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CIVIL ACTION NO. 5:20-CV-157-KDB-DCK

| | |
|---|---|
| **CURTIS EDWIN LEYSHON,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **MICHAEL DUNCAN**, individual and official capacity; **B. CARLTON TERRY**, individual and official capacity; **PAM BARLOW**, individual and official capacity; and **MATTHEW LEVCHUK**, individual and official capacity, | ) |
| **Defendants.** | ) |

**THIS MATTER IS BEFORE THE COURT** on "Defendants' First Motion For Extension Of Time To Answer Or Otherwise Respond To Plaintiff's Complaint" (Document No. 6) filed October 15, 2020. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion, the record, and applicable authority, the undersigned will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that "Defendants' First Motion For Extension Of Time To Answer Or Otherwise Respond To Plaintiff's Complaint" (Document No. 6) is **GRANTED**. Defendants shall file an Answer, or otherwise respond to Plaintiff's Complaint, on or before **November 23, 2020**.

Signed: October 16, 2020

David C. Keesler
United States Magistrate Judge