[WDNC Rev. 01/17] Summons in a Civil Action

Civil Action No. 5:20cv157

## PROOF OF SERVICE
(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))

FILED
STATESVILLE, NC
OCT 21 2020
U.S. District Court
Western District of N.C.

This summon for (name of individual and title, if any)
B. Carlton Terry
was received by me on (date) _____

☐ I personally served the summons on the defendant at
(place) 28 Vance Circle
on (date) Lexington, N.C. 27292 ; or

☑ I left the summons at the individual's residence or usual place of abode with (name) ~~abode~~ business
CV19 AIS (agent) , a person of suitable age and discretion who
resides there, on (date) 10/14/2020 , and mailed a copy to the individual's last
known address; or

☐ I served the summons on (name of individual) _____ ,
who is designated by law to accept service of process on behalf of (name of organization)
_____ on (date) _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other (specify): I mailed the summons USPS and am sending green card receipt

My fees are $ _____ for travel and $ 29.20 for services, for a total of
$ _____ .

I declare under penalty of perjury that this information is true.

Date: 10/17/2020

Curtis E Leyshon
Server's signature

Curtis E. Leyshon
Printed name and title

915 N. Pine Run Rd.; Boone, N.C. 28607
Server's address

Additional information regarding attempted service, etc:

green card and reciept included

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  CV19 AS    ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>CV19                              10-14 |
| 1. Article Addressed to:<br><br>B. Carlton Terry<br>28 Vance Circle<br>Lexington, N.C. 27292<br><br>‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 5694 9346 4875 40 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:   ☐ No |
| 2. Article Number (Transfer from service label) | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500) | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |

PS Form 3811, July 2015 PSN 7530-02-000-9053                Domestic Return Receipt



**UNITED STATES POSTAL SERVICE.**

BOONE
1544 BLOWING ROCK RD
BOONE, NC 28607-1000
(800)275-8777

10/13/2020                             03:48 PM

---

| Product | Qty | Unit Price | Price |
|---|---|---|---|

---

PM Express 1-Day      1                    $26.35
Flat Rate Env
    Lexington, NC  27292
    Flat Rate
    Signature Requested
    Scheduled Delivery Date
    Wed 10/14/2020 12:00 PM
    Money Back Guarantee
    Tracking #:
    EJ483730292US
    Insurance                          $0.00
      Up to $100.00 included
    Return Receipt                     $2.85
      Tracking #:
      9590 9402 5694 9346 4875 40
Total                                    $29.20

---

Grand Total:                             $29.20

---

Cash                                     $40.20
Change                                  ($11.00)

---

```
************************************************
        Due to limited transportation
          availability as a result of
           nationwide COVID-19 impacts
         package delivery times may be
        extended. Priority Mail Express®
             service will not change.
************************************************
```

Save this receipt as evidence of
insurance. For information on filing an
insurance claim go to
https://www.usps.com/help/claims.htm

Text your tracking number to 28777 (2USPS)
to get the latest status. Standard Message
and Data rates may apply. You may also
visit www.usps.com USPS Tracking or call
1-800-222-1811.

Preview your Mail
Track your Packages
Sign up for FREE @
www.informeddelivery.com

All sales final on stamps and postage.
Refunds for guaranteed services only.
Thank you for your business.

Tell us about your experience.
Go to: https://postalexperience.com/Pos
840-5270-0374-003-00045-81285-02
or scan this code with your mobile device.



or call 1-800-410-7420.