

RECEIVED
STATESVILLE, NC

NOV 16 2020

U.S. District Court
Western District of NC