IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

Case No.: 5:20-cv-00157-KDB-DCK

| | |
|---|---|
| CURTIS EDWIN LEYSHON, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )  **MOTION TO DISMISS ON**<br>)  **BEHALF OF DEFENDANTS**<br>)  **DUNCAN, TERRY, BARLOW** |
| Michael Duncan, individual and official capacity; B. Carlton Terry, individual and official capacity; Pam Barlow, individual and official capacity; and Matthew Levchuk, individual and official capacity, | )  **AND LEVCHUK**<br>)  (Fed. R. Civ. P. 12(b)(1) & (6))<br>)<br>)<br>)<br>) |
| Defendants. | ) |

NOW COMES Defendant Michael Duncan, Senior Resident Superior Court Judge for the 23rd Judicial District of North Carolina, B. Carlton Terry, District Court Judge, 22-B Judicial District of North Carolina, Pam Barlow, Clerk of Superior Court for Ashe County, North Carolina, and Matthew Levchuk, Assistant District Attorney for the 34th Prosecutorial District of North Carolina, by and through Special Deputy Attorney General Elizabeth Curran O'Brien, and respectfully moves the Court for entry of an Order dismissing all claims against them, pursuant to Rules 12(b)(1) and (6) of the Federal Rules of Civil Procedure as stated more fully in the memorandum of law filed contemporaneously herewith.

Respectfully submitted, this the 23rd day of November, 2020.

JOSHUA H. STEIN

Attorney General

/s/ Elizabeth Curran O'Brien

Elizabeth Curran O'Brien
Special Deputy Attorney General
N.C. State Bar No. 28885
North Carolina Department of Justice
P.O. Box 629
Raleigh, NC 27602-0629
Telephone: (919) 716-0091
Facsimile: (919) 716-6755
Email: eobrien@ncdoj.gov
*Counsel for Defendants Duncan, Terry, Barlow and Levchuk*

# CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day electronically filed the foregoing **MOTION TO DISMISS FILED ON BEHALF OF DEFENDANTS DUNCAN, TERRY, BARLOW AND LEVCHUK** with the Clerk of the court using the CM/ECF system which will send notification of such filing to the parties of record who participate in the CM/ECF system and placed a copy of the same in the U.S. Mail, postage-prepaid, addressed to the following individual:

> Curtis Edwin Leyshon
> 915 North Pine Run Road
> Boone, NC 28607
> *Pro Se Plaintiff*

This, the 23rd day of November, 2020.

/s/ Elizabeth Curran O'Brien
Elizabeth Curran O'Brien
Special Deputy Attorney General
N.C. Department of Justice