IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

Case No.: 5:20-cv-00157-KDB-DCK

| | |
|---|---|
| CURTIS EDWIN LEYSHON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) **NOTICE OF ATTEMPT TO** ) **COMPLY WITH STANDING** ) **ORDER REQUIRING INITIAL** |
| Michael Duncan, individual and official capacity; B. Carlton Terry, individual and official capacity; Pam Barlow, individual and official capacity; and Matthew Levchuk, individual and official capacity, | ) **SETTLEMENT CONFERENCE** ) **IN CIVIL CASES ON BEHALF** ) **OF DEFENDANTS DUNCAN,** ) **TERRY, BARLOW AND** ) **LEVCHUK** ) |
| Defendants. | ) |

NOW COMES Defendant Michael Duncan, Senior Resident Superior Court Judge for the 23rd Judicial District of North Carolina, B. Carlton Terry, District Court Judge, 22-B Judicial District of North Carolina, Pam Barlow, Clerk of Superior Court for Ashe County, North Carolina, and Matthew Levchuk, Assistant District Attorney for the 34th Prosecutorial District of North Carolina, by and through Special Deputy Attorney General Elizabeth Curran O'Brien, and hereby submits this notice of undersigned counsel's attempt to comply with the Standing Order 5:19-MC-5 Requiring an Initial Settlement Conference in Civil Cases Assigned to the Honorable Kenneth D. Bell.

On October 15, 2020, undersigned counsel sent a letter to the *pro se* Plaintiff requesting he arrange for a call on October 26, 2020, at 10:00am in an effort to comply

with Standing Order 5:19-MC-5. On October 22, 2020, Plaintiff called undersigned counsel and the parties rescheduled to call for November 2, 2020 at 2:00pm. On November 2, 2020, undersigned counsel called the Plaintiff and attempted to ascertain if there was any common ground upon which the parties could discuss a resolution of this matter. Plaintiff repeatedly made claims wholly unsupported by any valid legal theory (which are more thoroughly described in the memorandum in support of Defendants Motion to Dismiss) and it was clear that the discussion would not be fruitful. Plaintiff become combative when undersigned counsel would not engage in an analysis of his legal theories and after 22 minutes, Plaintiff was informed that undersigned counsel would hang up the phone. Undersigned counsel does not believe any further communication with Plaintiff will bring about a different result and thereby files this notice with the Court of her efforts to comply with the Court's Standing Order, and the impossibility to do so in light of the legal theories and nature of the Plaintiff's complaint.

This, the 23rd day of November, 2020.

/s/ Elizabeth Curran O'Brien
Elizabeth Curran O'Brien
Special Deputy Attorney General
N.C. Department of Justice

# CERTIFICATE OF SERVICE

This is to certify that the undersigned has this day electronically filed the foregoing **NOTICE OF ATTEMPT TO COMPLY WITH STANDING ORDER REQUIRING INITIAL SETTLEMENT CONFERENCE IN CIVIL CASES ON BEHALF OF DEFENDANTS DUNCAN, TERRY, BARLOW AND LEVCHUK** with the Clerk of the court using the CM/ECF system which will send notification of such filing to the parties of record who participate in the CM/ECF system and placed a copy of the same in the U.S. Mail, postage-prepaid, addressed to the following individual:

>Curtis Edwin Leyshon
>915 North Pine Run Road
>Boone, NC 28607
>*Pro Se Plaintiff*

This, the 23rd day of November, 2020.

>/s/ Elizabeth Curran O'Brien
>Elizabeth Curran O'Brien
>Special Deputy Attorney General
>N.C. Department of Justice