# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# STATESVILLE DIVISION
# CASE NO. 5:20-CV-157-KDB-DCK

| | |
|---|---|
| **CURTIS EDWIN LEYSHON,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **MICHAEL DUNCAN, PAM BARLOW, B. CARLTON TERRY, MATTHEW LEVCHUK,** | ) |
| **Defendants.** | ) |

**THIS MATTER IS BEFORE THE COURT** regarding *pro se* Plaintiff's "Motion For Extension Of Time" (Document No. 14) filed on December 8, 2020. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

In accordance with Roseboro v. Garrison 582 F.2d 309 (4th Cir. 1975), the Court advises Plaintiff, who is proceeding *pro se*, that he has a right to respond to Defendants' motion to dismiss. The Court also advises Plaintiff that failure to respond may result in Defendants being granted the relief they seek, that is, the dismissal of the Complaint.

**IT IS, THEREFORE, ORDERED** that *pro se* Plaintiff's "Motion For Extension Of Time" (Document No. 14) is **GRANTED**. Plaintiff shall file a response to the pending "Motion To Dismiss On Behalf Of Defendants Duncan, Terry, Barlow And Levchuk" (Document No. 11), and a separate reply brief in support of his "Motion For Sanctions…" (Document No. 10), on or before **December 21, 2020**.

**SO ORDERED**.

Signed: December 8, 2020

David C. Keesler
United States Magistrate Judge