Hand-Delivered
RECEIVED
STATESVILLE, NC
DEC 2 1 2020
U.S. District Court
Western District of N.C.

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

Case No.: 5:20-cv-00157-KDB-DCK

| | |
|---|---|
| Curtis Edwin Leyshon )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Michael Duncan, individually and official )<br>capacity; B. Carlton Terry, individual and )<br>official capacity; Pam Barlow, individual )<br>and official capacity; and Mathew Levchuk, )<br>individual and official capacity, )<br>)<br>Defendants, ) | RESPONSE TO DEFENDANT'S<br>MOTION TO DENY PLAINTIFF'S<br>MOTION FOR SANCTIONS |

NOW COMES Plaintiff Curtis Leyshon, pro se, and makes this RESPONSE TO DEFENDANT'S MOTION TO DENY PLAINTIFF'S MOTION FOR SANCTION concerning Bad Faith of Defendant's Representative Elizabeth O'Brian, hereafter Mrs. O'Brian, in the discussions by phone Monday November 2, 2020. Rule 16 of the Federal Rules of Civil Procedure under purposes of pretrial conferences authorizes the conference for (a)(1) expediting disposition of the action and (a)(5) "facilitating settlement".

Mrs, O'Brien and Plaintiff were the only witnesses to the settlement conference. Plaintiff has made a sworn affidavit to facts that O'Brien disputes. Plaintiff is a Missionary Baptist Preacher whose word is very important to him. Plaintiff made no comment in his affidavit he is not certain about. I ask the court have a hearing concerning the facts of the settlement conference so as to swear in the participants of the settlement conference to give testimony and cross-examination from each to arrive at the facts. Otherwise, the only evidence in the record concerning the settlement conference is

plaintiff's sworn affidavit that the settlement conference was a bad faith effort by the defendant's counsel.

Plaintiff ask the court schedule a hearing for the sanction request to gather evidence or award Plaintiff the one thousand dollar sanction requested in the original motion for sanction.

My hand,

*Curtis Edwin Leyshon*
Curtis Edwin Leyshon
915 N. Pine Run Rd.
Boone, NC 28607

## Certificate of Service

This is to certify that a copy of this response to Defendants Motion to Dismiss has been mailed to defendant's representative Elizabeth Curran O'Brien by deposit in the US Mail addressed to:

Elizabeth Curran O'Brien
North Carolina Department of Justice
PO Box 629
Raleigh, NC 27602

This, the 21st day of December, 2020

My hand,

*Curtis Edwin Leyshon*