# United States District Court
## Western District of North Carolina
### Statesville Division

| | |
|---|---|
| **Curtis Edwin Leyshon,** | JUDGMENT IN CASE |
| Plaintiff(s), | 5:20-cv-00157-KDB-DCK |
| vs. | |
| **Michael Duncan, et al,** | |
| Defendant(s). | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 22, 2020 Order.

December 22, 2020

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court