IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION NO. 5:20-CV-00157-KDB-DCK

| | |
|---|---|
| CURTIS EDWIN LEYSHON,<br><br>Plaintiffs,<br><br>v.<br><br>MICHAEL DUNCAN,<br>PAM BARLOW,<br>B. CARLTON TERRY AND<br>MATTHEW LEVCHUK,<br><br>Defendants. | **ORDER** |

**THIS MATTER** is before the Court on Plaintiff's Motion for Recusal (Doc. No. 22). On December 22, 2020, the Court granted Defendants' motion to dismiss and dismissed Plaintiff's claims. The Court then denied Plaintiff's Motion for Reconsideration on January 21, 2021.[1] Thus, there is no further matter pending before the Court (and the time for any appeal has expired). Accordingly, Plaintiff's motion for recusal is **DENIED** as moot.

**SO ORDERED ADJUDGED AND DECREED**.

Signed: February 23, 2021

Kenneth D. Bell
United States District Judge

---

[1] Plaintiff correctly notes in the present motion that the Court mistakenly stated that his motion for reconsideration was untimely filed; however, the motion was still properly decided on the alternate substantive ground that there was no basis for reconsideration of the Court's initial ruling.